UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DIANE R. SKIFF**,                                    Case No. 3:14-CV-899-KI

                 Plaintiff,                          JUDGMENT

    v.

**COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION**,

               Defendant.


    Richard McGinty
    McGinty & Belcher,
    P.O. Box 12806
    Salem, OR 97301

        Attorney for Plaintiff

    Billy J. Williams
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Ronald K. Silver
Assistant United States Attorney
1000 SW Third Ave., Suite 600
Portland, OR 97201-2902

Leisa A. Wolf
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Suite 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant


KING, Judge:

       Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is affirmed and this case is dismissed.

       IT IS SO ORDERED.

       DATED this ___30th___ day of September, 2015.


              _/s/ Garr M. King_____
              Garr M. King
              United States District Judge


Page 2 - JUDGMENT